**Electronically Filed
Supreme Court
SCWC-19-0000483
23-DEC-2024
03:26 PM
Dkt. 37 ODAC**

SCWC-19-0000483

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP,
DOING BUSINESS AS KAMEHAMEHA SCHOOLS,
Respondents/Plaintiffs/Counterclaim Defendants-Appellees,

vs.

LIFE OF THE LAND PACIFIC, LLC, A LIMITED LIABILITY COMPANY;
and THOMAS F. SCHMIDT;
Respondents and Petitioners/Defendants/Counterclaimants-
Appellants,

and

BRIGIDA A. SCHMIDT,
Petitioner and Respondent/Defendant/Counterclaimant-Appellant,

and

ROY Y. GAGAZA; and PATRICIA Y. GAGAZA,
Respondents/Defendants/Counterclaimants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000483; CASE NO. 1CC171001618)

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Johnson, in place of Ginoza, J., recused,
and Circuit Judge Tonaki, in place of Devens, J., recused)

The applications for writ of certiorari filed by (1)

Brigida A. Schmidt on October 30, 2024; and (2) Life of the Land

Pacific, LLC and Thomas F. Schmidt on November 2, 2024, are hereby rejected.

DATED: Honolulu, Hawaiʻi, December 23, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Ronald G. Johnson

/s/ John M. Tonaki